**Order entered October 28, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00652-CV

### CITY OF FORT WORTH, TEXAS, Appellant

### V.

### ABDUL PRIDGEN, ET AL., Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-15279

# ORDER

Before the Court is appellees' October 16, 2019 motion for leave to file a sur-reply brief.

We **GRANT** the motion and order the sur-reply brief tendered to this Court on October 16, 2019

filed as of the date of this order.

We caution that further briefing shall be filed only if requested by the Court.

/s/    KEN MOLBERG
        JUSTICE